EXHIBIT LIST                                        page 1

Case # 2:08-CR-164-KJD-GWF
Caption: USA VS. DEONTE REED

Exhibits for: Government

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
| 12/7/09 | 12/7/09 | 1a | McCarthy | ATF electronic surveillance audio E-113 (2/26/08) |
| 12/7/09 | 12/7/09 | 2a | McCarthy | ATF Electronic Surveillance Video E-181 (4/17/08) |
| 12/7/09 | 12/7/09 | 3A | McCarthy | ATF electronic surveillance audio E-208 (5/9/08) |
| 12/8/09 | 12/8/09 | 4a | McCarthy | ATF electronic surveillance video E-211 (5/12/08 ) |
| 12/8/09 | 12/8/09 | 5a | Zayas | ATF electronic surveillance audio E-216 (5/14/08 - Zayas recording/Audio) |
| 12/8/09 | 12/8/09 | 6A | McCarthy | ATF electronic surveillance video E-217 (5/14/08, McCarthy recording video) |
| 12/10/09 | 12/10/09 | 7a | McCarthy | ATF electronic surveillance audio E-226 (5/15/08 - 5:22 p.m.) |
| 12/8/09 | 12/8/09 | 8a | Zayas | ATF electronic surveillance audio E-225 (5/15/08, 5:51 p.m.) |
| 12/8/09 | 12/8/09 | 9 | Zayas | ATF Electronic surveillance video #159 (5/15/08 - take down) |
| 12/8/09 | 12/8/09 | 10a | McCarthy | Photo of Leonard Jackson |

EXHIBIT LIST                                                    page 2

Case # 2:08-CR-164-KJD-GWF
Caption: USA VS. DEONTE REED

Exhibits for: Government

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
| 12/8/09 | 12/8/09 | 10b | McCarthy | Photo of Deon'te Reed |
| 12/8/09 | 12/8/09 | 10c | McCarthy | photo of Steven Golden |
| 12/8/09 | 12/8/09 | 10d | McCarthy | Photo of Justin Spentz |
| 12/8/09 | 12/8/09 | 11a | Wear | Photo of red Chevy Blazer |
| 12/8/09 | 12/8/09 | 11b | Wear | photo of the inside of red Chevy Blazer |
| 12/8/09 | 12/8/09 | 11c | Wear | Photo of firearm in center console of Chevy Blazer |
| 12/8/09 | 12/8/09 | 11d | Wear | Photo of firearm recovered from center console |
| 12/8/09 | 12/8/09 | 11e | Wear | Photo of Taurus International model PT 145, .45 caliber |
| 12/8/09 | 12/8/09 | 11f | Wear | Photo of serial number from Taurus handgun |
| 12/8/09 | 12/8/09 | 11g | Wear | Photo of black ski mask |
| 12/8/09 | 12/8/09 | 11h | McCarthy | Photo of Chevy Blazer |

EXHIBIT LIST                                             page 3

Case # 2:08-CR-164-KJD-GWF
Caption: USA VS. DEONTE REED

Exhibits for: Government

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
| 12/8/09 | 12/8/09 | 12a | Wear | Photo of white Nissan NV plate 658TXF |
| 12/8/09 | 12/8/09 | 12b | Wear | Photo of Glock firearm on driver's side bloorboard of Nissan |
| 12/8/09 | 12/8/09 | 12c | Wear | Photo ofo Glock firearm on driver's side floorboard of Nissan |
| 12/8/09 | 12/8/09 | 12d | Wear | Photo of magazine from Glock in Nissan |
| 12/8/09 | 12/8/09 | 12e | Wear | Photo of Glock from driver's side bloorboard of Nissan |
| 12/8/09 | 12/8/09 | 12f | McCarthy | Photo of White Nissan Altima |
| 12/8/09 | 12/8/09 | 13a, b, & c | Wear | Taurus International, model PT 145, .45 caliber with clip |
| 12/8/09 | 12/8/09 | 14 | Wear | Black Ski Mask |
| 12/8/09 | 12/8/09 | 15a, b, c | Wear | Glock with extended clip |

EXHIBIT LIST                                                    page 4

Case # 2:08-CR-164-KJD-GWF
Caption: USA VS. DEONTE REED

Exhibits for: Government

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
| 12/9/09 | 12/9/09 | 16a | Martin | audio of Deon'te Reed interview E-234 (5/15/08) |
| 12/9/09 | 12/9/09 | 16c | Martin | signed Miranda Waiver of Deon'te Reed |
| 12/9/09 | 12/9/09 | 16d | Martin | signed statement of Deon'te Reed (5/15/08) |
| 12/7/09 | 12/7/09 | 20a | McCarthy | Taurus international .25 caliber |
| 12/7/09 | 12/7/09 | 20b | McCarthy | Magazine with 6 .25 caliber bullets |
| 12/8/09 | 12/8/09 | 22 | McCarthy | Overhead photograph of Ice House Lounge area bounded by S. Commerce and S. Main St. |
| 12/8/09 | 12/8/09 | 23 | McCarthy | .25 caliber semi-automatic pistol |
| 12/8/09 | 12/8/09 | 24 | Zayas | Hand-drawn diagram of the Ice House parking lot meeting |